Christopher D. Holt, Bar No. 228399
Jennifer S. Vicente, Bar No. 203965
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com
jvicente@klinedinstlaw.com

Attorneys for Defendant
ACCOUNTS RECEIVABLE
MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISA TROEMEL,<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNTS RECEIVABLE<br>MANAGEMENT, INC.,<br><br>Defendant. | Case No.   CV-09-05834 SJO (MANx)<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom:        1- 2nd Floor<br>Judge:              S. James Otero<br>Magistrate Judge: Margaret A. Nagel<br>Complaint Filed: August 11, 2009<br>Trial Date:         4/20/10 |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. S. James Otero
United States District Judge

926663v1